**08 C 1395**

**JUDGE MAROVICH**
**MAGISTRATE JUDGE MASON**

# EXHIBIT J

| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT | B. TYPE OF LOAN: 1. ☐ FHA  2. ☐ FmHA  3. ☒ CONV. UNINS  4. ☐ VA  5. ☐ CONV. INS 6. FILE NUMBER: 276850IMK-HB  7. LOAN NUMBER: 1012041881 8. MORTGAGE INS CASE NUMBER: |
|---|---|

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.
1.0  3/98  (276850.PFD/276850IMK-HB/13)

| D. NAME AND ADDRESS OF BORROWER: DOROTHY LEAKS | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: NEW CENTURY MORTGAGE ONE PIERCE PLACE, STE 1200 ITASCA, IL 60143 |
|---|---|---|

| G. PROPERTY LOCATION: 11361 SOUTH FOREST AVENUE CHICAGO, IL 60628 COOK County, Illinois 25-22-116-017 | H. SETTLEMENT AGENT: Law Title Insurance Agency Inc.-Naperville Agent for: Law Title Insurance Company, Inc. PLACE OF SETTLEMENT 2900 Ogden Ave., Suite 108 Lisle, Illinois 60532 | I. SETTLEMENT DATE: January 26, 2007 Disburse: 01/31/07 |
|---|---|---|

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 9,118.30 | 403. | |
| 104. Payoff first mortgage to CHASE | 199,460.62 | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller in advance | | Adjustments For Items Paid By Seller in advance | |
| 106. City/Town Taxes  to | | 406. City/Town Taxes  to | |
| 107. County Taxes  to | | 407. County Taxes  to | |
| 108. Assessments  to | | 408. Assessments  to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 208,578.92 | 420. GROSS AMOUNT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 208,000.00 | 502. Settlement Charges to Seller (Line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. BROKER CREDIT | 578.92 | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller | | Adjustments For Items Unpaid By Seller | |
| 210. City/Town Taxes  to | | 510. City/Town Taxes  to | |
| 211. County Taxes  to | | 511. County Taxes  to | |
| 212. Assessments  to | | 512. Assessments  to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 208,578.92 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross Amount Due From Borrower (Line 120) | 208,578.92 | 601. Gross Amount Due To Seller (Line 420) | |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 208,578.92) | 602. Less Reductions Due Seller (Line 520) | ( ) |
| 303. CASH ( FROM ) ( TO ) BORROWER | 0.00 | 603. CASH ( TO ) ( FROM ) SELLER | 0.00 |

*handwritten note: ? what's being escrow*

## L. SETTLEMENT CHARGES

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| **700. TOTAL COMMISSION** Based on Price $ @ % Division of Commission (line 700) as follows | | | | |
| 701. $ to | | | | |
| 702. $ to | | | | |
| 703. Commission Paid at Settlement | | | | |
| 704. to | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee 1.4418 % | to ILLINOIS MORTGAGE FUNDING | | 2,999.00 | |
| 802. Loan Discount % | to | | | |
| 803. Appraisal Fee | to | | | |
| 804. Credit Report | to ILLINOIS MORTGAGE FUNDING | | 6.43 | |
| 805. PROCESSING FEE | to ILLINOIS MORTGAGE FUNDING | | 998.00 | |
| 806. Processing Fee | to NEW CENTURY MORTGAGE | | 310.00 | |
| 807. Flood Certification Fee | to NEW CENTURY MORTGAGE | | 11.20 | |
| 808. Underwriting Fee | to NEW CENTURY MORTGAGE | | 450.00 | |
| 809. Tax Service Fee | to NEW CENTURY MORTGAGE | | 78.00 | |
| 810. | | | | |
| 811. | | | | |
| 812. Yield Spread Premium | to ILLINOIS MORTGAGE FUNDING | POC $3,120.00L | | |
| 813. – 820. | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest From 01/31/07 to 02/01/07 @ $ 50.720000/day ( 1 days %) | | | 50.72 | |
| 902. Mortgage Insurance Premium for months to | | | | |
| 903. Hazard Insurance Premium for 1.0 years to ALLSTATE | | | 336.84 | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. Hazard Insurance | 1.000 months @ $ | 120.79 per month | 120.79 | |
| 1002. Mortgage Insurance | months @ $ | per month | | |
| 1003. City/Town Taxes | months @ $ | per month | | |
| 1004. County Taxes | 6.000 months @ $ | 209.12 per month | 1,254.72 | |
| 1005. Assessments | months @ $ | per month | | |
| 1006. | months @ $ | per month | | |
| 1007. | months @ $ | per month | | |
| 1008. AGGREGATE ADJUSTMENT | months @ $ | per month | -120.98 | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or Closing Fee | to Law Title Insurance Agency, Inc.-Naperville | | | |
| 1102. Abstract or Title Search | to Law Title Insurance Agency Inc.-Naperville | | 647.00 | |
| 1103. Title Examination | to | | | |
| 1104. Title Insurance Binder | to | | | |
| 1105. Document Preparation | to | | | |
| 1106. Notary Fees | to | | | |
| 1107. Attorney's Fees | to | | | |
| (includes above item numbers: ) | | | | |
| 1108. Title Insurance | to IMF TITLE | | 300.00 | |
| (includes above item numbers: ) | | | | |
| 1109. Lender's Coverage | $ 208,000.00 | 300.00 | | |
| 1110. Owner's Coverage | $ | | | |
| 1111. Payoff/Package Handling fee | Law Title Insurance Agency, Inc-Naperville | | | |
| 1112. – 1113. | | | | |
| 1114. Recording Service Fee | Law Title Recording account | | | |
| 1115. Certificate of Release Service | Law Title Recording account | | | |
| 1116. State of Illinois Policy fee | to Law Title Insurance Company, Inc. | | 3.00 | |
| 1117. UNDERWRITER PREMIUM | to Law Title Insurance Agency, Inc-Naperville | | 104.00 | |
| 1118. | | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording Fees: Deed $ ; Mortgage $ 72.00; Releases $ 36.00 | | | 108.00 | |
| 1202. City/County Tax/Stamps: Revenue Stamps ; Mortgage | | | | |
| 1203. State Tax/Stamps: Revenue Stamps ; Mortgage | | | | |
| 1204. City Transfer Tax | Law Title Recording Account | | | |
| 1205. | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Survey | to | | | |
| 1302. Pest Inspection | to | | | |
| 1303. PAY AS DIRECTED | to CHGO MUN ECU | | 750.00 | |
| 1304. 2006 1st installment taxes | to LAW TITLE TAX DEPT. | | 711.58 | |
| 1305. | | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (Enter on Lines 103, Section J and 502, Section K) | | | 9,118.30 | |

Certified to be a true copy.

**FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT**
For use with Adjustable Rate Mortgage Loans
Date: January 26, 2007    Loan #: 1012041881

**NEW CENTURY MORTGAGE CORPORATION**

Borrower(s): DOROTHY LEAKS

Property Location: 11361 S FOREST AVE
Chicago, IL  60628-5022

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.714% | $ 613,662.08 | $ 203,096.65 | $ 816,758.73 |

[ ] Preliminary    [ ] Redisclosure    [X] Final

Your payment schedule will be:

| No. of Payments | Amount of Payments ** | When Payments are Due |
|---|---|---|
| 24 | $ 1,588.44 | 03/01/07 |
| 6 | $ 1,828.02 | 03/01/09 |
| 329 | $ 1,905.03 | 09/01/09 |
| 1 | $ 140,913.18 | 02/01/37 |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |

[ ] This obligation has a demand feature.

**This is a variable-rate Loan. Disclosures were provided to you earlier.**

Filing Fees $ 56.50    Non-Filing Insurance $ N/A

Security: You are giving a security interest in the property located at
[X] 11361 S FOREST AVE, Chicago, IL  60628-5022

**Late Charge:** If payment is 15 days late, you will be charged 5.000% of the payment.
**Prepayment:** If you pay off early, you
[ ] may  [X] will not    have to pay a penalty.
[ ] may  [X] will not    be entitled to a refund of part of the finance charge.

**Assumption:** Someone buying your home
[X] cannot assume the remainder of the mortgage on the original terms.
[ ] may, subject to conditions, be allowed to assume the remainder of the mortgage on the original terms.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.
**e means an estimate**

PROPERTY INSURANCE: [X] Property hazard insurance to replace the cost of improvements with a loss payable clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender. Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of  N/A  for a N/A  year term.

I/We hereby acknowledge receipt of this disclosure.

_____    _____    _____    _____
DOROTHY LEAKS                       Date                                       Date


_____    _____    _____    _____
                                  Date                                        Date

** NOTE: Payments shown above do not include deposits for taxes, assessments, and property or flood insurance.

NCMC
Truth in Lending - ARM
RE-274  (122106)                Page 1 of 2                        1012041881

# DEFINITION OF TRUTH-IN-LENDING TERMS

## ANNUAL PERCENTAGE RATE

This is not the Note rate for which the borrower applied. The Annual Percentage Rate (APR) is the cost of the loan in percentage terms taking into account various loan charges of which interest is only one such charge. Other charges which are used in calculation of the Annual Percentage Rate are Private Mortgage Insurance or FHA Mortgage Insurance Premium (when applicable) and Prepaid Finance Charges (loan discount, origination fees, prepaid interest and other credit costs). The APR is calculated by spreading these charges over the life of the loan which results in a rate generally higher than the interest rate shown on your Mortgage/Deed of Trust Note. If interest was the only Finance Charge, then the interest rate and the Annual Percentage Rate would be the same.

## PREPAID FINANCE CHARGES

Prepaid Finance Charges are certain charges made in connection with the loan and which must be paid upon the close of the loan. These charges are defined by the Federal Reserve Board in Regulation Z and the charges must be paid by the borrower. Non-Inclusive examples of such charges are: Loan origination fee, "Points" or Discount, Private Mortgage Insurance or FHA Mortgage Insurance, Tax Service Fee. Some loan charges are specifically excluded from the Prepaid Finance Charge such as appraisal fees and credit report fees.

Prepaid Finance Charges are totaled and then subtracted from the Loan Amount (the face amount of the Deed of Trust/Mortgage Note). The net figure is the Amount Financed as explained below.

## FINANCE CHARGE

The amount of interest, prepaid finance charge and certain insurance premiums (if any) which the borrower will be expected to pay over the life of the loan.

## AMOUNT FINANCED

The Amount Financed is the loan amount applied for less the prepaid finance charges. Prepaid finance charges can be found on the Good Faith Estimate/Settlement Statement (HUD-1 or 1A). For example if the borrower's note is for $100,000 and the Prepaid Finance Charges total $5,000, the Amount Financed would be $95,000. The Amount Financed is the figure on which the Annual Percentage Rate is based.

## TOTAL OF PAYMENTS

This figure represents the total of all payments made toward principal, interest and mortgage insurance (if applicable).

## PAYMENT SCHEDULE

The dollar figures in the Payment Schedule represent principal, interest, plus Private Mortgage Insurance (if applicable). These figures will not reflect taxes and insurance escrows or any temporary buydown payments contributed by the seller.

## PREPAYMENT PENALTY

The prepayment section of your Truth in Lending disclosure statement will show if your loan "may" or "will not" have a prepayment penalty. A prepayment penalty is a charge that is added to the payoff amount if a loan is voluntarily paid in full prior to the expiration of the prepayment penalty term. Your lender offers loans with or without prepayment penalties. Please discuss the options with your loan officer and read your closing documents carefully to make sure you understand the terms of your loan.

NOTICE OF RIGHT TO CANCEL

DATE: January 26, 2007
LENDER: New Century Mortgage Corporation
LOAN NO: 1012041881
TYPE: Conventional Balloon

BORROWER(S)/OWNER(S)  DOROTHY LEAKS

ADDRESS:         11361 S FOREST AVE
CITY/STATE/ZIP:  CHICCAGO, IL 60608
PROPERTY:        11361 S FOREST AVE, Chicago, IL  60628-5022

## YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1) The date of the transaction, which is **January 26, 2007**
or                                               A. (insert TRANSACTION DATE)
(2) The date you received your Truth In Lending disclosures;
or
(3) The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**New Century Mortgage Corporation**
**One Pierce Place, Ste 1200**
**Itasca, IL 60143**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of **January 30, 2007**
                                                                                C. (insert 3 DAY DATE)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

## I WISH TO CANCEL

_____     _____
(Borrower's signature if exercising right to cancel)           D. (CANCEL DATE)

Each of the borrowers/owners in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective as to all borrowers/owners.
The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL

_____     _____
DOROTHY LEAKS            B. SIGNATURE DATE                     SIGNATURE DATE


_____     _____
                         SIGNATURE DATE                        SIGNATURE DATE

---

## PLEASE READ BEFORE COMPLETING THIS FORM

**To proceed with this transaction**, enter the following; (A): TRANSACTION DATE, which is the date the borrower signs loan documents (consummates this transaction); (B): Borrower's signature and SIGNATURE DATE, which is the date borrower signs this document; (C): 3 DAY DATE, which is the third business day following the TRANSACTION DATE. If SIGNATURE DATE of last signer is later than the TRANSACTION DATE, contact lender to confirm correct 3 DAY DATE. Do not make any amendments, erasures, strikeouts, whiteouts or alterations to the document without prior written authorization from the Lender. Should an error occur in the completion of this form, contact Lender immediately. Each borrower must be provided 2 completed, signed copies of this form.

**To cancel this transaction**: the borrower signs and enters the Cancellation Date (D) in the space following the words "I WISH TO CANCEL." Borrower may also cancel this transaction by mailing or delivering this or any written form of cancellation notice to Lender within 3 business days after signing loan documents.

---

NCMC                                                                              1012041881
Notice of Right to Cancel                    Page 1 of 1
RE-109 (072004)

# EXHIBIT M



**NEW CENTURY MORTGAGE® CORPORATION**

| | |
|---|---|
| Customer Service | 1-800-561-4567 |
| Loan Counseling | 1-888-788-7306 |
| Mortgage Refinancing/2nd Mortgage | 1-888-438-6236 |

029057   RE

DOROTHY LEAKS
11361 S FOREST AVE
CHICAGO   IL   60628-5022

## Mortgage Statement

| | |
|---|---|
| Statement Date | 02/15/07 |
| Loan Number | 1012041881 |
| Payment Due Date | 03/01/07 |
| Current Payment | $1,918.36 |
| Past Due Amount(s) | $ .00 |
| Unpaid Late Charges | $ .00 |
| Other Charges | $ .00 |
| Total Amount Due | $1,918.36 |
| After 03/16/07 Add | $79.42 |

Property Address:
11361 S FOREST AVE
CHICAGO   IL   60628-5022

### Account Information

| Balances | | Payment Factors | | Year To Date Figures | |
|---|---|---|---|---|---|
| Principal Balance | $208,000.00 | Interest Rate | 8.900% | Interest | $50.72 |
| Escrow Balance | $1,254.53 | Principal & Interest | $1,588.44 | Taxes | $ .00 |
| Unpaid Late Charges | $ .00 | Escrow Payment | $329.92 | | |
| Other Charges | $ .00 | Optional Products | $ .00 | | |
| Suspense Balance | $ .00 | Other | $ .00 | | |
| | | Total Payment | $1,918.36 | | |

### Important Messages

Available Now: Online Access at MyLoan.NewCentury.com!
New Century Mortgage Corporation offers you a new resource. MyLoan.NewCentury.com our loan servicing Web site available now.
At MyLoan.NewCentury.com, you can get 24/7 access to review your account balance and activity, verify your loan details, contact us with questions, and request your loan payoff amount. Customer service representatives are also available at 800.561.4567 Monday through Friday, 6:00 a.m. to 6:00 p.m. pacific time.

### Activity Since Your Last Statement

| Date | Description | Amount | Principal | Interest | Escrow | Late Charge | Miscellaneous |
|---|---|---|---|---|---|---|---|
| 02/05 | Closing Interest | $50.72 | | $50.72 | | | |
| 02/05 | Single Item Rece | $1,254.53 | | | $1,254.53 | | |

### Special Messages

Now you can make your mortgage payments online. It's fast, it's easy and it's free!!!
**Pay-By-Web at** https://myloan.newcentury.com

Announcing our new automated SpeedPay IVR/telephone feature. If your loan is due for the current month, you can now make your payment through our automated IVR for only $5.00 with no waiting. This feature is available 24 hours a day. To avoid negative credit reporting, all payments must be made prior to 8:00 PM PST on the last business day of the month. Call 1.888.788.7306 to access this system.

DETACH AND RETURN BOTTOM PORTION

# EXHIBIT N

# HomEq Servicing

07/27/2007

DOROTHY LEAKS
11361 FOREST AVE
CHICAGO, IL 60628-5022

Re: Loan # 0326219516
     11361 S FOREST AVE
     CHICAGO, IL 60628-0000

Dear Borrower (s)

This letter is provided as a courtesy to inform you that HomEq Servicing is in receipt of funds to pay your loan in full. Once the funds have been verified, and if your loan was secured by a Mortgage, a Lien Release will be processed and sent to the appropriate recorder's office to remove the lien against your property. If your loan was not secured by a Mortgage, no lien release is needed. Your original Note and/or Security document(s) (if applicable) marked "Paid In Full" will be sent to you.

We at HomEq would like to take this opportunity to thank you for your patronage.

Sincerely,

Customer Service Department
1-877-867-7378 (Toll Free)
Hours: Mon-Fri 5:30AM to 5:30PM, PST

# EXHIBIT O

**LAW OFFICES OF AL HOFELD, JR., LLC**
208 S. LaSalle Street, Suite #1650
Chicago, Illinois 60604
Phone - 312-345-1004
Fax - 312-346-3242 (FAX)
Email: al@alhofeldlaw.com

March 5, 2008

**BY REGULAR MAIL**

WMC Mortgage Corp.
c/o Prentice Hall Corporation
33 North LaSalle Street,
Chicago, IL, 60602

Chase Home Finance, LLC
c/o CT Corporation System,
208 South LaSalle Street, Suite #814
Chicago, IL 60604

           Re:    Notice of TLA rescission, claim and lien for Dorothy Leaks, 11361 South Forest Avenue, Chicago, Illinois 60628; loan of September 6, 2006, originated by WMC Mortgage Corporation

Ladies/Gentlemen:

       The above client hereby gives notice that she rescinds the above loan for noncompliance with the Truth in Lending Act.

       Please be further advised that we have been retained by the above client to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

       If you claim that the owner of the loan was other than yourself, please identify the owner pursuant to the servicer's obligation under 15 U.S.C. §1641(d).

       Finally, please provide a complete account history so that we may compute the appropriate amount to be tendered.

                                              Sincerely,

                                              Al Hofeld, Jr.

Cc:    client

I, Al Hofeld, Jr., under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the listed addressees on March 5, 2008.

_____
Al Hofeld, Jr.

# EXHIBIT P



# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603-3403
(312) 739-4200
(800) 644-4673
(312) 419-0379 (FAX)
Email: edcombs@aol.com
www.edcombs.com

April 27, 2007

**BY CERTIFIED MAIL**

Mortgage Electronic Registration System, Inc.
c/o registered agent
CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Barclays Capital Real Estate, Inc., d/b/a HomEq Servicing
c/o registered agent
Illinois Corporation Service Co.
801 Adlai Stevenson Dr.
Springfield, IL 62703

>       Re:    Notice of rescission, claim and lien, Dorothy Leaks, 11361 S. Forest
>              Avenue, Chicago, IL 60628, loan of Jhan. 26, 2007.

Ladies/Gentlemen:

The above client hereby gives notice that she rescinds the above loan for noncompliance with the Truth in Lending Act.

Please be further advised that we have been retained by the above client to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

If you claim that the owner of the loan is other than one of you, please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: client

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on April 27, 2007.

_____
Daniel A. Edelman