# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1395**

In the Matter of                                                            Case Number:

Dorothy Leaks, plaintiff

v.

Illinois Mortgage Funding Corporation, et al., defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Dorothy Leaks

**JUDGE MAROVICH**
**MAGISTRATE JUDGE MASON**

| | |
|---|---|
| NAME (Type or print)<br> Al Hofeld, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Al Hofeld, Jr. | |
| FIRM<br> Law Offices of Al Hofeld, Jr. | |
| STREET ADDRESS<br> 208 S. LaSalle Street, Suite #1650 | |
| CITY/STATE/ZIP<br> Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 6273948 | TELEPHONE NUMBER<br> 312-345-1004 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ✔     NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO ✔

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐     NO ✔

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☐     NO ✔

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

**FILED**
**MARCH 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT