# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08 cv 01395
DOROTHY LEAKS, on behalf of herself and
others similarly situated
v.
ILLINOIS MORTGAGE FUNDING CORPORATION;
WMC MORTGAGE CORPORATION; CHASE HOME
FINANCE, LLC; BARCLAYS CAPITAL REAL ESTATE, INC.,
d/b/a HOMEQ SERVICING; and DOES 1-10

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chase Home Finance LLC

| | |
|---|---|
| NAME (Type or print) | |
| Robert J. Emanuel | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Robert J. Emanuel | |
| FIRM | |
| Burke, Warren, MacKay & Serritella, P.C. | |
| STREET ADDRESS | |
| 330 North Wabash Avenue, 22nd Floor | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6229212 | (312) 840-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] | |