IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOROTHY LEAKS, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS MORTGAGE FUNDING CORPORATION; WMC MORTGAGE CORPORATION; CHASE HOME FINANCE, LLC; BARCLAYS CAPITAL REAL ESTATE, INC., d/b/a HOMEQ SERVICING; and DOES 1-10,<br><br>Defendants. | Case No. 08 C 01395<br><br>Judge George M. Marovich<br><br>Magistrate Judge Michael Thomas Mason |

CHASE HOME FINANCE LLC'S MOTION
FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Chase Home Finance LLC ("Chase") hereby moves for entry of an order granting it an additional twenty-one days, to and including April 21, 2008, to respond to Plaintiff's Complaint in this matter, and states as follows in support.

1.  Plaintiff filed this action against Chase on March 7, 2008. Plaintiff seeks to assert a claim against Chase for rescission under the Truth In Lending Act, 15 U.S.C. §1635. Chase was served with the Complaint on or about March 11, 2008, and its response is presently due on March 31, 2008.

2.  Chase requires additional time to prepare its response to Plaintiff's Complaint and hereby requests a short extension of time to do so. Counsel for Chase has asked Plaintiff's counsel whether he objects to the extension requested herein but, to date, Plaintiff's counsel has not responded to this inquiry.

Wherefore, Chase Home Finance LLC respectfully requests that this Court grant the present motion and enter an order allowing it an extension of time, to and including April 21, 2008, to respond to Plaintiff's Complaint in this matter, and for any other relief the Court deems proper under the circumstances.

Date:  March 31, 2008                              CHASE HOME FINANCE LLC

                                                   By:  /s/ Robert J. Emanuel
                                                        One of its attorneys

Robert J. Emanuel
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:  (312) 840-7000
Facsimile:  (312) 840-7900

465145.1