THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOROTHY LEAKS, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS MORTGAGE FUNDING CORPORATION; WMC MORTGAGE CORPORATION; CHASE HOME FINANCE, LLC; BARCLAYS CAPITAL REAL ESTATE, INC., d/b/a HOMEQ SERVICING; and DOES 1-10,<br><br>Defendants. | Case No. 08 C 01395<br><br>Judge George M. Marovich<br><br>Magistrate Judge Michael Thomas Mason |

## NOTICE OF MOTION

To:  Al Hofeld, Jr.
     Law Offices of Al Hofeld, Jr., LLC
     and The Social Justice Project
     208 South LaSalle Street, Suite 1650
     Chicago, Illinois 60604
     Telephone:  (312) 345-1004
     Facsimile:  (312) 346-3242

PLEASE TAKE NOTICE that at 10:30 a.m. on the 8th day of April, 2008, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable George M. Marovich in Room 1944-C, United States Courthouse, at 219 South Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in his place and stead, and then and there present Chase Home Finance LLC's Motion for Additional Time to Respond to Plaintiff's Complaint, a copy of which has been filed electronically and is herewith served upon you.

CHASE HOME FINANCE LLC

By:  /s/ Robert J. Emanuel
     One of its attorneys

Robert J. Emanuel
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:  (312) 840-7000
Facsimile:  (312) 840-7900

## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 31st day of March, 2008, a true and correct copy of the foregoing Notice of Motion and Chase Home Finance LLC's Motion for Additional Time to Respond to Plaintiff's Complaint, referred to therein, was filed electronically. Notice of this filing will be sent to the following party via the Court's electronic filing system:

> Al Hofeld, Jr.
> Law Offices of Al Hofeld, Jr., LLC
> and The Social Justice Project
> 208 South LaSalle Street, Suite 1650
> Chicago, Illinois 60604
> Telephone:    (312) 345-1004
> Facsimile:    (312) 346-3242
> E-mail: al@alhofeldlaw.com

                /s/ Robert J. Emanuel

465148.1