## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Dorothy Leaks

                    Plaintiff,

v.

Illinois Mortgage Funding Corporation, et al.

                    Defendant.

Case No.: 1:08−cv−01395

Honorable George M. Marovich

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 4, 2008:

    MINUTE entry before Judge Honorable George M. Marovich:Motion hearing set for 4/8/2008 is stricken. Defendant Chase Home Finance, LLC's motion for additional time to 4/21/2008 to respond to the complaint [7] is granted.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.