IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOROTHY LEAKS, on behalf of herself and others similarly situated, | ) ) ) ) |
| Plaintiff, | ) 08 C 1395 ) |
| vs. | ) Judge Marovich ) |
| ILLINOIS MORTGAGE FUNDING CORPORATION; WMC MORTGAGE CORPORATION; CHASE HOME FINANCE, LLC; BARCLAYS CAPITAL REAL ESTATE, INC., d/b/a HOMEQ SERVICING; and DOES 1-10, | ) Magistrate Judge Mason ) ) ) ) ) ) |
| | ) **JURY DEMAND** |
| Defendants. | ) |

**NOTICE OF F.R.C.P. 41(a)(1) DISMISSAL OF COUNT III AGAINST
DEFENDANT WMC MORTGAGE CORPORATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff hereby gives notice that she voluntarily dismisses, with prejudice, Count III of her complaint, i.e., the individual discrimination claims against defendant WMC Mortgage Corporation for violation of the Fair Housing Act and the Equal Credit Opportunity Act, including all allegations of fact upon which Count III is based. Plaintiff respectfully requests that the Court enter an order to this effect.

Respectfully submitted,

s/Al Hofeld, Jr.
Al Hofeld, Jr.

Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
and The Social Justice Project,
208 S. LaSalle Street, Suite #1650
Chicago, Illinois 60604
Phone - (312) 345-1004

1

Fax – (312) 346-3242
al@alhofeldlaw.com

## CERTIFICATE OF SERVICE

I, Al Hofeld, Jr., hereby certify that on April 4, 2008, the foregoing document was filed electronically, and was served via e-mail upon:

Robert J. Emanuel
remanuel@burkewarren.com

James L. Thompson
jthompson@jenner.com

and via regular U.S. mail upon:

Illinois Mortgage Funding Corporation
1815 South Meyers Road, Suite 800
Oak Brook Terrace, IL 60181

Barclays Capital Real Estate, Inc.
200 Park Avenue,
New York, NY 10166

s/Al Hofeld, Jr.
Al Hofeld, Jr.

2