**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| Dorothy Leaks<br>-vs-<br><br>Illinois Mortgage Funding Corporation; WMC Mortgage Corporation; Chase Home Finance, LLC; Barclays Capital Real Estate, Inc., d/b/a Homeq Servicing; and Does 1-10 | Case No. 08-cv-1395 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**Chase Home Finance, LLC**

| NAME (Type or print) |
|---|
| Susan J. Miller |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Susan J. Miller |
| FIRM |
| Burke, Warren, MacKay & Serritella, P.C. |
| STREET ADDRESS |
| 330 N. Wabash Avenue, 22nd Floor |
| CITY/STATE/ZIP |
| Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6290246 | 312.840.7000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO **X** |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |

09135\00349\466652.1