IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOROTHY LEAKS, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS MORTGAGE FUNDING CORPORATION; WMC MORTGAGE CORPORATION; CHASE HOME FINANCE, LLC; BARCLAYS CAPITAL REAL ESTATE, INC., d/b/a HOMEQ SERVICING; and DOES 1-10,<br><br>Defendants. | Case No. 08 C 01395<br><br>Judge George M. Marovich<br><br>Magistrate Judge Michael Thomas Mason |

## CHASE HOME FINANCE LLC'S MOTION
## FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Chase Home Finance LLC ("Chase") hereby moves for entry of an order granting it a short extension of time, to and including May 5, 2008, to file its response to Plaintiff's Complaint in this matter, and states as follows in support.

1. Plaintiff filed this putative class action against defendants involved in the origination of her mortgage loan. Defendant Chase is the former servicer of Plaintiff's mortgage. Plaintiff asserts individual (as opposed to class) claims against Chase for rescission under the Truth in Lending Act, 15 U.S.C. § 1635.

2. To date, Chase is the only defendant that has appeared in this case. Chase seeks an extension of time to file its response, to and including May 5, 2008, so that it can coordinate its response with other defendants that it expects will appear shortly.

3. Chase has sought Plaintiff's counsel's consent for the present motion but has not received a response to that request.

      Wherefore, Chase Home Finance LLC respectfully requests that this Court grant the present motion and enter an order allowing it an extension of time, to and including May 5, 2008, to respond to Plaintiff's Complaint, and for any other relief the Court deems proper under the circumstances.

| | |
|---|---|
| Date: April 21, 2008 | CHASE HOME FINANCE LLC |
| | By: /s/ Robert J. Emanuel |
| | One of its attorneys |

Robert J. Emanuel
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:   (312) 840-7000
Facsimile:   (312) 840-7900

465145.1