**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>            s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL              APPOINTED COUNSEL |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| DOROTHY LEAK on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>Illinois Mortgage Funding Corporation, WMC Mortgage Corporation and Chase Home Finance LLC,<br><br>          Defendant. | Civ. No. 1:08-cv-01395<br><br>Honorable George M. Marovich |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2008, I filed an Appearance on behalf of Defendant WMC Mortgage Corporation.  Notice of this filing will be sent electronically to the following parties by operation of the Court's electronic filing system.  Parties and interested persons may access this filing through the Court's system.

*Counsel for Dorothy Leak, et al.*
Al Holfeld, Jr.
Law Offices of Al Hofeld, Jr., LLC
208 S. LaSalle Street, Suite #1650
Chicago, IL  60604
312/345-1006
312/346-3242 facsimile
al@alhofeldlaw.com

*Counsel for Chase Home Finance, LLC*
Robert Jerald Emanuel
Burke, Warren, MacKay & Serritella, PC
330 N. Wabash, 22nd Floor
Chicago, IL  60611-3607
312/840-7000
emanuel@burkelaw.com

Susan J. Miller
Burke, Warren, MacKay & Serritella, PC
330 N. Wabash, 22nd Floor
Chicago, IL  60611-3607
312/840-7000
smiller@burkelaw.com

                        */s/ James L. Thompson*_____
                            James L. Thompson