# EXHIBIT C

**U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT**

**SETTLEMENT STATEMENT**

| | |
|---|---|
| ☐ 1. FHA ☐ 2. FmHA ☐ 3. ☒ CONV. UNINS ☐ 4. VA ☐ 5. CONV. INS. | |
| 6. FILE NUMBER: 27067SIMK | 7. LOAN NUMBER: 11606431 |
| 8. MORTGAGE INS CASE NUMBER: | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals. 1.0  3/06  (27067S PFO/27067SIMK/16)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| DORTHY LEAKS 11361 SOUTH FOREST AVE CHICAGO,IL 60628 | | WMC MORTGAGE |

| G. PROPERTY LOCATION: 11361 SOUTH FOREST AVENUE CHICAGO, IL 60628 COOK County, Illinois 25-22-116-017 | H. SETTLEMENT AGENT: Law Title Insurance Agency Inc.-Naperville PLACE OF SETTLEMENT 2900 Ogden Ave., Suite 108 Lisle, Illinois 60532 | I. SETTLEMENT DATE: September 6, 2006 Disburse:09/11/06 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 20,988.04 | 403. | |
| 104. Payoff first mortgage to WELLS FARGO | 123,257.59 | 404. | |
| 105. Payoff second mortgage to NEED UPDATE PAYOFF | 27,109.20 | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes to | | 406. City/Town Taxes to | |
| 107. County Taxes to | | 407. County Taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 171,354.83 | **420. GROSS AMOUNT DUE TO SELLER** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See instructions) | |
| 202. Principal Amount of New Loan(s) | 199,750.00 | 502. Settlement Charges to Seller (Line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes to | | 510. City/Town Taxes to | |
| 211. County Taxes to | | 511. County Taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 199,750.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 171,354.83 | 601. Gross Amount Due To Seller (Line 420) | |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 199,750.00 ) | 602. Less Reductions Due Seller (Line 520) | ( ) |
| **303. CASH ( FROM ) ( X TO ) BORROWER** | 28,395.17 | **603. CASH ( TO ) ( FROM ) SELLER** | 0.00 |

HUD-1 (3-86) RESPA, HB4305.2

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| Division of Commission line 700 as Follows: | | | | |
| 701. $ | to | | | |
| 702. $ | to | | | |
| 703. Commission Paid at Settlement | | | | |
| 704. | | to | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee | 2.2524 % | to ILLINOIS MORTGAGE FUNDING | 4,499.17 | |
| 802. Loan Discount | % | to | | |
| 803. Appraisal Fee | | to ILLINOIS MORTGAGE FUNDING | 300.00 | |
| 804. Credit Report | | to | | |
| 805. APPLICATION FEE | | to WMC MORTGAGE | 950.00 | |
| 806. Processing Fee | | to ILLINOIS MORTGAGE FUNDING | 998.00 | |
| 807. Flood Certification Fee | | to | | |
| 808. Underwriting Fee | | | | |
| 809. Tax Service Fee | | | | |
| 810. | | | | |
| 811. | | | | |
| 812. Yield Spread Premium | | to ILLINOIS MORTGAGE FUNDING    POC $1,997.50L | | |
| 813. | | | | |
| 814. | | | | |
| 815. | | | | |
| 816. | | | | |
| 817. | | | | |
| 818. | | | | |
| 819. | | | | |
| 820. | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest From 09/11/06 to 10/01/06 @ $ 53.193700/day ( 20 days %) | | | 1,063.87 | |
| 902. Mortgage Insurance Premium for months to | | | | |
| 903. Hazard Insurance Premium for 1.0 years to | | | | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. Hazard Insurance | months @ $ | per month | | |
| 1002. Mortgage Insurance | months @ $ | per month | | |
| 1003. City/Town Taxes | months @ $ | per month | | |
| 1004. County Taxes | months @ $ | per month | | |
| 1005. Assessments | months @ $ | per month | | |
| 1006. | months @ $ | per month | | |
| 1007. | months @ $ | per month | | |
| 1008. AGGREGATE ADJUSTMENT | months @ $ | per month | | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or Closing Fee | to Law Title Insurance Agency, Inc.-Naperville | | | |
| 1102. Abstract or Title Search | to Law Title Insurance Agency Inc.-Naperville | | 547.00 | |
| 1103. Title Examination | to | | | |
| 1104. Title Insurance Binder | to | | | |
| 1105. Document Preparation | to | | | |
| 1106. Notary Fees | to | | | |
| 1107. Attorney's Fees | to Blake A. Rosenberg | | 75.00 | |
| (includes above item numbers: | | ) | | |
| 1108. Title Insurance | to IMF TITLE | | 400.00 | |
| (includes above item numbers: | | ) | | |
| 1109. Lender's Coverage | $ 199,750.00 | 400.00 | | |
| 1110. Owner's Coverage | $ | | | |
| 1111. Payoff/Package Handling fee | Law Title Insurance Agency, Inc-Naperville | | | |
| 1112. | | | | |
| 1113. | | | | |
| 1114. Recording Service Fee | Law Title Recording account | | | |
| 1115. Certificate of Release Service | Law Title Recording account | | | |
| 1116. State of Illinois Policy fee | to LAWYERS TITLE | | 3.00 | |
| 1117. | | | | |
| 1118. | | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording Fees: Deed $ 36.00 ; Mortgage $ 72.00 ; Releases $ 36.00 | | | 144.00 | |
| 1202. City/County Tax/Stamps: Revenue Stamps | ; Mortgage | | | |
| 1203. State Tax/Stamps: Revenue Stamps | ; Mortgage | | | |
| 1204. City Transfer Tax | Law Title Recording Account | | | |
| 1205. | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Survey | to | | | |
| 1302. Pest Inspection | to | | | |
| 1303. PAY AS DIRECTED | to ARONSON FURN | | 2,391.00 | |
| 1304. | | | | |
| 1305. See addn'l disb. exhibit | to | | 9,617.00 | |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | | | 20,988.04 | |

Certified to be a true copy.

( 2708709MK / 2708709MK / 16 )

# EXHIBIT D

# FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

Names of Borrower(s): DOROTHY LEAKS

Serv #: 11668431

Borrower Mailing:11361 SOUTH FOREST AVENUE, CHICAGO, IL 60628
Property Address:11361 SOUTH FOREST AVENUE, CHICAGO, IL 60628

Loan Number: 11668431

Lender: WMC MORTGAGE CORP., 3100 THORNTON AVENUE, BURBANK, CA 91504

| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. | **FINANCE CHARGE** The dollar amount the credit will cost you. | **Amount Financed** The amount of credit provided to you or on your behalf. | **Total of Payments** The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.983 % | $474,866.12 | $191,238.96 | $666,105.08 |

You have the right to receive at this time an Itemization of the Amount Financed.

[x] I want an itemization.      [ ] I do not want an itemization.

## Payment Schedule

| Number of Payments | Monthly Payments of | Payments are Due Monthly beginning: | Number of Payments | Monthly Payments of | Payments are Due Monthly beginning: |
|---|---|---|---|---|---|
| 24 | 1,711.76 | November 1, 2006 | | | |
| 335 | 1,860.20 | November 1, 2008 | | | |
| 1 | 1,855.84 | October 1, 2036 | | | |

Assuming the index remains unchanged for the life of the loan. The index used to calculate the APR is  5.449  %.

[ ] This loan has a demand feature
[x] Variable Rate: Disclosures about the variable rate feature have been provided to you earlier.
[ ] Variable Rate Not Applicable

**Security:** [ ] You are giving a security interest in the property being purchased
[x] Other (describe): 11361 SOUTH FOREST AVENUE, CHICAGO, IL 60628

**Late Charge:** If payment is  15  days late, the penalty charge is  5.000  % of the payment.
The minimum late charge is  N/A .    The maximum late charge is  N/A

**Filing Fees/Recording Fees:**  $ 75.00

**Prepayment:** If you pay off this loan early, you  [ ] may  [x] will not  have to pay a penalty. And you  [ ] may  [x] will not  be entitled to a refund of part of the finance charge.

**Assumption:** Someone buying your home
[x] will not be allowed to assume the remainder of this mortgage on the original terms.
[ ] may, subject to conditions, be allowed to assume the remainder of this mortgage on the original terms.

**Required Deposit:**  The annual percentage rate does not take into account your required deposit.

**Property Insurance** is required to obtain credit and may be obtained from anyone you want who is acceptable to this Lender.
[x] Property Insurance is not available through Lender.
[ ] If you obtain Property Insurance from _____, you will pay $_____ for a term of _____.

**CREDIT LIFE AND DISABILITY INSURANCE** are not required to obtain credit and will not be provided at the time of closing. You may be offered these plans after closing, but they are not in effect at this time. No such insurance will be in force until you have completed an application, the insurance company has issued the policy, and the effective date of that policy has been provided.

See your loan documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

'e' means estimate

I / we acknowledge receipt of a completed copy of this disclosure.  SIGNED AND DATED:

_____
- Borrower -  DOROTHY LEAKS  - DATE -

DOCU8221
WMCDSI61.VTX  08/25/2005

DEFINITION OF TRUTH IN LENDING TERMS

## ANNUAL PERCENTAGE RATE

This is not the Note rate for which the borrower applied. The Annual Percentage Rate (APR) is the cost of the loan in percentage terms taking into account various loan charges of which interest is only one such charge. Other charges which are used in calculation of the Annual Percentage Rate are Private Mortgage Insurance or FHA Mortgage Insurance Premium (when applicable) and Prepaid Finance Charges (loan discount, origination fees, prepaid interest and other credit costs). The APR is calculated by spreading these charges over the life of the loan which results in a rate higher than the interest rate shown on your Mortgage/Deed of Trust note. If interest was the only Finance Charge, then the interest rate and the Annual Percentage Rate would be the same.

## PREPAID FINANCE CHARGES

Prepaid Finance Charges are certain charges made in connection with the loan and which must be paid upon the close of the loan. These charges are defined by the Federal Reserve Board in Regulation Z and the charges must be paid by the borrower. Non-Inclusive examples of such charges are: Loan origination fee, "Points" or Discount, Private Mortgage Insurance or FHA Mortgage Insurance, Tax Service Fee. Some loan charges are specifically excluded from the Prepaid Finance Charge such as appraisal fees and credit report fees.

Prepaid Finance Charges are totaled and then subtracted from the Loan Amount (the face amount of the Deed of Trust/Mortgage Note). The net figure is the Amount Financed as explained below.

## FINANCE CHARGE

The amount of interest, prepaid finance charge and certain insurance premiums (if any) which the borrower will be expected to pay over the life of the loan.

## AMOUNT FINANCED

The Amount Financed is the loan amount applied for less the prepaid finance charges. Prepaid finance charges can be found on the Good Faith Estimate/Settlement Statement (HUD-1 or 1A). For example if the borrower's note is for $100,000 and the Prepaid Finance Charges total $5,000, the Amount Financed would be $95,000. The Amount Financed is the figure on which the Annual Percentage Rate is based.

## TOTAL OF PAYMENTS

This figure represents the total of all payments made toward principal, interest and mortgage insurance (if applicable) over the life of the loan.

## PAYMENT SCHEDULE

The dollar figures in the Payment Schedule represent principal, interest, plus Private Mortgage Insurance (if applicable) over the life of the loan. These figures will not reflect taxes and insurance escrows or any temporary buydown payments contributed by the seller.

# EXHIBIT E

# NOTICE OF RIGHT TO CANCEL

Servicing #: 11668431

LENDER: WMC MORTGAGE CORP.

DATE: September 6, 2006
LOAN NO.:11668431
TYPE:     Conventional

3100 THORNTON AVENUE BURBANK, CA 91504
BORROWERS: DOROTHY LEAKS

ADDRESS:      11361 SOUTH FOREST AVENUE
CITY/STATE/ZIP:  CHICAGO, IL 60628
PROPERTY:     11361 SOUTH FOREST AVENUE CHICAGO, IL 60628

You are entering into a transaction that will result in a mortgage/lien/security interest on your home.  You have a legal right under federal law to cancel this transaction, without cost, within **THREE BUSINESS DAYS** from whichever of the following events occurs **LAST**:

    (1)  The date of the transaction, which is _____ ; or
    (2)  The date you receive your Truth in Lending disclosures; or
    (3)  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled.  Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property.  If it is impractical or unfair for you to return the property, you must offer its reasonable value.  You may offer to return the property at your home or at the location of the property.  Money must be returned to the address below.  If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing at:
3100 Thornton Ave. (Call Center)

Burbank, CA 91504

You may use any written statement that is signed and dated by you and states your intention to cancel and/or you may use this notice by dating and signing below.  Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of _____
(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above).  If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____     _____
CONSUMER'S SIGNATURE                                               DATE

---

Each of the borrowers in this transaction has the right to cancel.  The exercise of this right by one borrower shall be effective as to all borrowers.

I acknowledge receipt of two copies of <u>NOTICE of RIGHT TO CANCEL</u>.

_____
- Borrower -  DOROTHY LEAKS - DATE -

DOCUD4Q
DOCUD8Q.VTX  08/25/2005

# NOTICE OF RIGHT TO CANCEL

Servicing #: 11668431

LENDER: WMC MORTGAGE CORP.

DATE: September 6, 2006
LOAN NO.:11668431
TYPE:    Conventional

3100 THORNTON AVENUE BURBANK, CA 91504
BORROWERS: DOROTHY LEAKS

ADDRESS:      11361 SOUTH FOREST AVENUE
CITY/STATE/ZIP: CHICAGO, IL 60628
PROPERTY:     11361 SOUTH FOREST AVENUE CHICAGO, IL 60628

You are entering into a transaction that will result in a mortgage/lien/security interest on your home.  You have a legal right under federal law to cancel this transaction, without cost, within **THREE BUSINESS DAYS** from whichever of the following events occurs **LAST**:

    (1)  The date of the transaction, which is _____ ; or
    (2)  The date you receive your Truth in Lending disclosures; or
    (3)  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled.  Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property.  If it is impractical or unfair for you to return the property, you must offer its reasonable value.  You may offer to return the property at your home or at the location of the property.  Money must be returned to the address below.  If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing at:
3100 Thornton Ave. (Call Center)

Burbank, CA 91504

You may use any written statement that is signed and dated by you and states your intention to cancel and/or you may use this notice by dating and signing below.  Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of _____ (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above).  If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
CONSUMER'S SIGNATURE                                                            DATE

Each of the borrowers in this transaction has the right to cancel.  The exercise of this right by one borrower shall be effective as to all borrowers.

I acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL.

- Borrower - DOROTHY LEAKS - DATE -

DOCUD8O
DOCUD8Q.VTX   08/25/2005

# EXHIBIT F

LITTON LOAN SERVICING LP
ATTN: INSURANCE DEPARTMENT
4828 LOOP CENTRAL DRIVE
HOUSTON, TX 77081

DOROTHY LEAKS                                       NOVEMBER 2, 2006
11361 SOUTH FOREST AVENUE
CHICAGO, IL 60628


Loan Number:  21307301                              FIRE
Property Address:  11361 SOUTH FOREST AVENUE
                   CHICAGO, IL 60628

## RE:  PROOF OF INSURANCE RECEIVED

Dear Borrower:

At Litton Loan Servicing, we know how important your home is to you, and because we value our relationship with you, it is just as important to us.  As part of our commitment to you, we strive to provide information relevant to your account and this letter provides important information regarding the **insurance requirement** of your loan.

We have received proof of insurance for the above referenced account and our records have been updated to reflect your policy information.  There has been no additional charge to your account.

We want to continue to work with you in protecting your property.  If you have any questions, please contact our Insurance Processing Department at:  (800) 247-9727

Sincerely,

Insurance Department


LT0094   012219DICON9906020901

# EXHIBIT G

# CHASE ⬢

**Chase Home Finance LLC**
P.O. Box 509011
San Diego, CA 92150-9011
10790 Rancho Bernardo Road
San Diego, CA 92127


### IMPORTANT CONSUMER NOTICE


Loan Number:   23899909


Principal Balance:  $ 199,561.68


Payments Will Be Collected By:  JPMorgan Chase Bank, N.A. c/o  Chase  Home
Finance LLC


Unless you notify this office within 30 days of receiving this notice that
you dispute the validity of the debt, or any portion thereof, this  office
will assume the debt is valid. If you notify this office in writing within
30  days of receiving this notice, this office will obtain verification of
the debt or obtain a copy of a judgment and mail a copy of  such  judgment
or  verfication  to you. If you request from this office in writing within
30 days of receiving this notice, this office will provide  you  with  the
name  and  address of the original creditor, if different from the current
creditor.

Chase is attempting to collect a debt and any information obtained will be
used for that purpose.

This notification is a  requirement  of  Section  809  of  the  Fair  Debt
Collection Practices Act.

FOR  CALIFORNIA CUSTOMERS, the state Rosenthal Fair Debt Collection
Practices Act  and the federal Fair Debt Collection Practices Act require
that, except under unusual circumstances, collectors may not  contact  you
before  8 a.m. or after 9 p.m. They may not harass you by using threats of
violence or arrest or by using obscene language. Collectors  may  not  use
false  or  misleading  statements or call you at work if they know or have
reason to know that you may not receive personal calls at  work.  For  the
most  part,  collectors  may  not  tell  another  person,  other than your
attorney or spouse about your debt. Collectors may contact another  person
to confirm your location or enforce a judgment. For more information about
debt  collection  activities, you may contact the Federal Trade Commission
at 1-877-FTC-HELP or www.ftc.gov.


WEL3PUR



**Chase Home Finance LLC**
P.O. Box 509011
San Diego, CA 92150-9011
10790 Rancho Bernardo Road
San Diego, CA 92127

NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF SERVICING RIGHTS
Page 2

The date that your present servicer will stop accepting payments from you
is 11/30/2006. The date that Chase will start accepting payments is
12/01/2006. Send all payments due on or after that date to your new
servicer. The due date of your next payment will remain the same. If your
payment was automatically withdrawn from your bank account, this service
will be discontinued effective the transfer date. If you wish to continue
this service, please contact our Customer Care Department.

If you are currently paying accident and health, disability, life or any
other type of optional insurance with your mortgage payment, this service
will not be continued with Chase.

You should be aware of the following information, which is set out in more
detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA)
(12 U.S.C. 2605):

During the 60-day period following the effective date of the transfer of
servicing, a loan payment received by your old servicer before its due
date may not be treated by the new servicer as late, and a late fee may
not be assessed.

Section 6 of RESPA gives you certain consumer rights. If you send a
"qualified written request" to your loan servicer concerning the servicing
of your loan, your servicer must provide you with a written acknowledgment
within 20 business days of receipt of your request. A "qualified written
request" is a written correspondence, other than notice on a payment
coupon, which includes your name and loan number, and the reasons for the
request.

Not later than 60 business days after receiving your request, your
servicer must make any appropriate corrections to your account, and must
provide you with a written clarification regarding any dispute. During
this 60-day period, your servicer may not provide information to a
consumer reporting agency concerning any overdue payment related to such
period or qualified written request. However, this does not prevent the
servicer from initiating foreclosure if proper grounds exist under the
mortgage document. A business day is any day, excluding holidays (State
and Federal), Saturday and Sunday. Section 6 of RESPA also provides for
damages and costs for individuals or classes of individuals in
circumstances where servicers are shown to have violated the requirements
of that Section. You should seek legal advice if you believe your rights
have been violated.

At Chase, we pride ourselves on serving the needs of our borrowers and
look forward to serving you.

Customer Care Department

149