# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Dorothy Leaks

                        Plaintiff,

v.

                        Case No.: 1:08−cv−01395

                        Honorable George M. Marovich

Illinois Mortgage Funding Corporation, et al.

                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to: discovery supervision.(clw, )Mailed notice.

Dated: June 10, 2008

                        /s/ George M. Marovich

                        United States District Judge