# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number: 1:08-cv-01395

Dorothy Leaks, on behalf of herself and all others similarly situated, Plaintiff, v. Barclays Bank PLC; and DOES 1-5, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Barclays Bank PLC

| | |
|---|---|
| NAME (Type or print)<br>Steven A. Levy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Steven A. Levy | |
| FIRM<br>Goldberg Kohn | |
| STREET ADDRESS<br>55 East Monroe, Suite 3300 | |
| CITY/STATE/ZIP<br>Chicago, Il 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06198749 | TELEPHONE NUMBER<br>312.201.4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |