IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOROTHY LEAKS, ) <br> on behalf of herself and others ) <br> similarly situated, ) <br>  ) <br> Plaintiff, ) <br> vs. ) <br>  ) <br> BARCLAYS BANK PLC; and ) <br> DOES 1-5, ) <br>  ) <br> Defendants. ) | 08 C 1395 <br><br> Judge Marovich <br><br> Magistrate Judge Mason <br><br> **JURY DEMAND** |

**JOINT STIPULATION OF DISMISSAL OF ACTION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Dorothy Leaks and defendant Barclays Bank PLC, hereby stipulate that Barclays Bank PLC and DOES 1-5 be dismissed from this action with prejudice. This ends the action in its entirety. Each party shall bear its own fees and costs. No class has been certified in this case, and, therefore, Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

Date: July 16, 2008

Respectfully submitted,

**For Plaintiff**

**For Defendant Barclays Bank PLC**

By: s/ Al Hofeld, Jr.
Al Hofeld, Jr. (al@alhofeldlaw.com)
LAW OFFICES OF AL HOFELD, JR., LLC
And THE SOCIAL JUSTICE PROJECT, INC.
208 S. LaSalle Street, Suite 1650
Chicago, IL 60604
Phone: 312-345-1004

By: s/ Steven A. Levy
Steven A. Levy
(steven.levy@goldbergkohn.com)
GOLDBERG KOHN
55 East Monroe Street, Suite 3300
Chicago, IL 60603
Phone: 312-201-4000

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008, I electronically filed the foregoing Joint Stipulation of Dismissal of Action with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all parties who/that are Filing Users, and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

s/ Al Hofeld, Jr.