## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Dorothy Leaks

Plaintiff,

v.                                                          Case No.:
                                                            1:08–cv–01395

                                                            Honorable George M.
                                                            Marovich

Illinois Mortgage Funding Corporation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

    MINUTE entry before the Honorable Michael T. Mason: Parties having filed a Stipulation of Dismissal, all matters relating to the referral of this case are resolved and the case is returned to the assigned judge. Judge Michael T. Mason no longer referred to the case.Mailed notice(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.